```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

| | | |
|---|---|---|
| KEVIN JEROME BIBBS, | § | |
| (TDCJ # 1078337), | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO.4:05-CV-299-Y |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| T.D.C.J., Correctional | § | |
| Institutions Div., | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Kevin Jerome Bibbs, along with the June 7, 2005, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the Petitioner until June 28, 2005, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 7, 2005. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that Petitioner's Petition for Writ of Habeas Corpus be, and is hereby, DISMISSED WITH PREJUDICE.

SIGNED July 6, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE